<tbody>

<tbody>

```
                                                    FILED
                                                    APR 0 8 2013
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR5247-GT |
| Plaintiff, | ORDER TO CONTINUE SENTENCING WITH PSR HEARING DATE |
| v. | |
| **ALDJANDRO ANDRADE-ZAVALA,** | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled sentencing hearing set before the Honorable Gordon Thompson, Jr., for April 11, 2013, at 9:30 a.m. be continued to May 8, 2013, at 9:30 a.m. Mr. Andrade is in custody and the Court accepted his plea of guilty on January 24, 2013. The court finds that time is excludable under the Speedy Trial Act.

DATED: 4/5/13

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge